ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Priority  ✓
Send     ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

CASE NO.  CV 00-6803-RSWL          DATED: December 10, 2001

TITLE:  CALIF. ASSOC OF HEALTH PLANS v. DANIEL ZINGALE, et al.

PRESENT:  HONORABLE RONALD S.W. LEW, JUDGE

Kelly Davis                         Roger May
Deputy Clerk                        Court Reporter

ATTORNEYS FOR PLAINTIFFS:           ATTORNEYS FOR DEFENDANTS:

Steven Madison                      Curtis Leavitt
                                    James Novello

PROCEEDINGS: ORDER TO SHOW CAUSE RE CONTEMPT

    Counsel present and hearing held.  Court rules as follows:

    Order to Show Cause re Contempt is **DENIED**.  Counsel for the defense to prepare the order.

MINUTES FORM 11                     INITIALS OF DEPUTY CLERK kd
CIV-GEN

ENTER ON ICMS
DEC 17 2001